United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| APOLINAR SANCHEZ LOPEZ, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-01036 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 8).

In the Petition, Petitioner states that he "entered the United States in approximately 2003 and has remained in the United States since that time." (Dkt. No. 1 at 1). Respondents attach evidence to their Motion for Summary Judgment that indicates that Petitioner was voluntarily returned to Mexico twice in 2004. (Dkt. No. 8-2).

The Court **ORDERS** Petitioner to file an advisory **by July 7, 2026**, (1) explaining the discrepancies between Petitioner's representations and Respondents' evidence, and (2) updating the Court on the status of Petitioner's detention and removal proceedings, and the effect of any change in circumstances on his claims.

It is so **ORDERED**.

**SIGNED** on June 30, 2026.

_____
John A. Kazen
United States District Judge